IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED HEALTHCARE SERVICES, INC.,

    Plaintiff,

v.

JULIE MEYER,

    Defendant.
_____/

No. C 12-06197 JSW

**ORDER TO SHOW CAUSE**

At the case management conference held on May 17, 2013, defendant Julie Meyer made a representation that she is represented by counsel, Michael L. Cohen at Cohen & McKeon, LLP. However, Mr. Cohen has not yet made an appearance on behalf of Ms. Meyer. Therefore, the Court HEREBY ORDERS Ms. Meyer to show that she is represented by counsel. By no later than June 4, 2013, Mr. Cohen shall file a notice of appearance if he is actually representing Ms. Meyer. If Mr. Cohen does not file a notice of appearance by June 4, 2013, the Court will treat Ms. Meyer as representing herself.

After June 4, 2013, if Mr. Cohen does not file a notice of appearance, Plaintiff's counsel may contact Ms. Meyer directly and treat her as pro se, despite any statements by Ms. Meyer that she is represented. Plaintiff's counsel's ability to contact Ms. Meyer directly will only cease if an attorney makes a formal appearance on her behalf in this action.

///

///

///

Ms. Meyer is HEREBY ORDERED to serve a copy of this Order on Mr. Cohen by no later than May 24, 2013. Ms. Meyer shall file proof of such service by no later than May 28, 2013.

**IT IS SO ORDERED.**

Dated: May 21, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED HEALTHCARE,

    Plaintiff,

v.

JULIE MEYER et al,

    Defendant.

Case Number: CV12-06197 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Julie Meyer
1934 Galway Dr.
Pittsburg, CA 94565-4028

Dated: May 21, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk